**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : |  |

## ORDER

The pending motions to dismiss in the cases listed below are GRANTED and the CASES are DISMISSED with PREJUDICE.

Case No.: 4:04-cv-01376-BRW – Karen Kenney, et al v. Wyeth, et al
Case No.: 4:05-cv-00411-BRW – Louise Magener, et al v. Steve DeGroot, et al
Case No.: 4:05-cv-00422-BRW – Judith Kriss v. Steve DeGroot, et al
Case No.: 4:05-cv-00500-BRW – Patricia Gilmore v. Pfizer, Inc., et al
Case No.: 4:05-cv-00508-BRW – Betty McDaniel v. Pfizer, Inc., et al

Case No.: 4:05-cv-00975-BRW – Noel Lawrence v. Greenstone, Ltd., et al
Case No.: 4:05-cv-01428-BRW – Nancy Fudally v. Wyeth, et al
Case No.: 4:05-cv-01449-BRW – Marion Gardner v. Wyeth, et al
Case No.: 4:05-cv-01464-BRW – Phyllis Lewis v. Pfizer, Inc., et al
Case No.: 4:05-cv-01466-BRW – Heidi Liu v. Pfizer, Inc., et al

Case No.: 4:05-cv-01487-BRW – Ida Lick, et al v. Does 1-100, et al
Case No.: 4:05-cv-01891-BRW – Joan Litteer v. Wyeth, et al
Case No.: 4:05-cv-01925-BRW – Leona Williams Kirby v. Pfizer, Inc., et al
Case No.: 4:06-cv-00049-BRW – Marlene Johnson v. Pfizer, Inc., et al
Case No.: 4:06-cv-00052-BRW – Gail Kern v. Pfizer, Inc., et al

Case No.: 4:06-cv-00066-BRW – Linnie Mattison v. Wyeth, et al
Case No.: 4:06-cv-00586-BRW – Jane Larrick v. Greenstone, Ltd., et al
Case No.: 4:06-cv-00699-BRW – Geraldine Gillette v. Pfizer, Inc., et al
Case No.: 4:06-cv-00700-BRW – Katherine Gray v. Greenstone, Ltd., et al
Case No.: 4:06-cv-00796-BRW – Mary Klauck v. Pfizer, Inc., et al

Case No.: 4:06-cv-00917-BRW – Tessa Leseberg v. Wyeth, et al
Case No.: 4:06-cv-01424-BRW – Anita Keith v. Wyeth, et al
Case No.: 4:06-cv-01431-BRW – Joyce Kagay v. Pfizer, Inc., et al
Case No.: 4:06-cv-01655-BRW – Joan Groethe v. Pfizer, Inc., et al
Case No.: 4:07-cv-00167-BRW – Annette Miller v. Wyeth, et al

Case No.: 4:07-cv-00169-BRW – Consuelo Llana v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00205-BRW – Linda Marquart v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00211-BRW – Nancy Lambie v. Pfizer, Inc., et al
Case No.: 4:10-cv-00356-BRW – Linda Moen v. Wyeth, et al
Case No.: 4:10-cv-00358-BRW – Jeanette Lofstrom v. Wyeth, et al

Case No.: 4:10-cv-00359-BRW – Jana Gallery v. Parke-Davis, et al
Case No.: 4:10-cv-00360-BRW – Patricia Kruger v. Pfizer, Inc., et al
Case No.: 4:10-cv-00361-BRW – Katherine Kelly v. Wyeth, et al
Case No.: 4:10-cv-00363-BRW – Aldona Laita v. Pfizer, Inc., et al
Case No.: 4:10-cv-00364-BRW – Ayala Leyser v. Wyeth, et al

Case No.: 4:10-cv-00412-BRW – Patricia Kremer v. Pfizer, Inc., et al
Case No.: 4:10-cv-00413-BRW – Vera Monroe v. Pfizer, Inc., et al
Case No.: 4:10-cv-00434-BRW – Mary E. Johnson v. Pfizer, Inc., et al
Case No.: 4:10-cv-00437-BRW – Marian Luffman v. Pfizer, Inc., et al
Case No.: 4:10-cv-00444-BRW – Mary Lickfield v. Pharmacia & Upjohn, et al

Case No.: 4:10-cv-00445-BRW – Helen Login v. Wyeth, et al
Case No.: 4:10-cv-00446-BRW – Susan Casareale, et al v. Wyeth, et al
Case No.: 4:10-cv-00450-BRW – Barbara Jones v. Pfizer, Inc., et al
Case No.: 4:10-cv-00453-BRW – Jean Laing v. Wyeth, et al
Case No.: 4:10-cv-00454-BRW – Rhonda Brandt, et al v. Wyeth, et al

Case No.: 4:10-cv-00458-BRW – Carol Lindley v. Pfizer, Inc., et al
Case No.: 4:10-cv-00487-BRW – Zenobia Johnson-Black v. Wyeth, et al
Case No.: 4:10-cv-00488-BRW – Betty Menear v. Pfizer, Inc., et al
Case No.: 4:10-cv-00497-BRW – Lynda Kerr v. Wyeth, et al
Case No.: 4:10-cv-00498-BRW – Twila Kencke v. Pfizer, Inc., et al

Case No.: 4:10-cv-00501-BRW – Katie McCommas v. Wyeth, et al
Case No.: 4:10-cv-00512-BRW – Ardath Sue McQuirter v. Parke-Davis, et al
Case No.: 4:10-cv-00576-BRW – Ethel Miller v. Pfizer, Inc., et al
Case No.: 4:10-cv-00593-BRW – Judith Mellberg v. Pfizer, Inc., et al
Case No.: 4:10-cv-00595-BRW – Barbara Magnusson v. Pfizer, Inc., et al

Case No.: 4:10-cv-00597-BRW – Valira Kostiha v. Pfizer, Inc., et al
Case No.: 4:10-cv-00600-BRW – Margie Kerns v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00601-BRW – Janet Krcmarik v. Pfizer, Inc., et al
Case No.: 4:10-cv-00607-BRW – Carole Matta v. Pfizer, Inc., et al
Case No.: 4:10-cv-00610-BRW – Mary P. Johnson v. Pfizer, Inc., et al

Case No.: 4:10-cv-00621-BRW – Linda McBride v. Wyeth, et al
Case No.: 4:10-cv-00631-BRW – Dorothy Gardner v. Wyeth, et al
Case No.: 4:10-cv-00660-BRW – Darlene Lindberg v. Pfizer, Inc., et al
Case No.: 4:10-cv-00671-BRW – Doris Lansverk v. Wyeth, et al
Case No.: 4:10-cv-00672-BRW – Teri Legato v. Wyeth, et al

Case No.: 4:10-cv-00676-BRW – Shirley Kowacz v. Pfizer, Inc., et al
Case No.: 4:10-cv-00682-BRW – Lucille Genco v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00688-BRW – Cherrisue Gordon v. Pfizer, Inc., et al
Case No.: 4:10-cv-00691-BRW – Melanie Fisher, et al v. Wyeth, et al
Case No.: 4:10-cv-00698-BRW – Mary Ellen McGinley v. Pfizer, Inc., et al

Case No.: 4:10-cv-00703-BRW – Sylvia Mendiola v. Pfizer, Inc., et al
Case No.: 4:10-cv-00737-BRW – Dora Laws v. Pfizer, Inc., et al
Case No.: 4:10-cv-00743-BRW – Marion Moore v. Wyeth, et al
Case No.: 4:10-cv-00780-BRW – Deirdre Madden v. Pfizer, Inc., et al
Case No.: 4:10-cv-00782-BRW – Lisa Hersch, et al v. Pfizer, Inc., et al

Case No.: 4:10-cv-00786-BRW – Melva McMinn v. Pfizer, Inc., et al
Case No.: 4:10-cv-00787-BRW – Sheila Minyard v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00788-BRW – Linda Meyer v. Wyeth, et al
Case No.: 4:10-cv-00789-BRW – Sue Mims v. Pfizer, Inc., et al
Case No.: 4:10-cv-00800-BRW – Dolores Lopez v. Pfizer, Inc., et al

Case No.: 4:10-cv-00802-BRW – Melva Gerber v. Pfizer, Inc., et al
Case No.: 4:10-cv-00809-BRW – Hazel Jones v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00810-BRW – Victoria Gonzalez v. Pfizer, Inc., et al
Case No.: 4:10-cv-00814-BRW – Linda Mirsky v. Wyeth, et al
Case No.: 4:10-cv-00815-BRW – Donna Meath v. Pfizer, Inc., et al

Case No.: 4:10-cv-00816-BRW – Alice McDougall v. Greenstone, Ltd., et al
Case No.: 4:10-cv-00831-BRW – William Malone, et al v. Wyeth, et al
Case No.: 4:10-cv-00844-BRW – Fay Kaufman, et al v. Parke-Davis, et al
Case No.: 4:10-cv-00850-BRW – Yvonne Kircher v. Pfizer, Inc., et al
Case No.: 4:10-cv-00851-BRW – Esther Gordon v. Pfizer Inc., et al

Case No.: 4:10-cv-00855-BRW – Gayle Manka v. Wyeth, et al
Case No.: 4:10-cv-00868-BRW – Shannon Keohane, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-00874-BRW – Deborah Gonce v. Wyeth, et al
Case No.: 4:10-cv-00913-BRW – Ilene Kornblue v. Pfizer, Inc., et al
Case No.: 4:10-cv-00914-BRW – Barbara Groff v. Pfizer, Inc., et al

Case No.: 4:10-cv-00929-BRW – Marie Parker, et al v. Wyeth, et al
Case No.: 4:10-cv-00931-BRW – Barbara Kushner v. Pfizer, Inc., et al
Case No.: 4:10-cv-00932-BRW – John Moerner, et al v. Pfizer, Inc., et al
Case No.: 4:10-cv-00949-BRW – Janie Martinez v. Pfizer, Inc., et al
Case No.: 4:10-cv-01067-BRW – Janie (Juanita) Garza v. Pfizer, Inc., et al

IT IS SO ORDERED this 7th day of February, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT COURT